UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                          :        CHAPTER 13
BELINDA ANN WRIGHT              :        CASE NUMBER A15-54454-WLH
       DEBTOR                   :        JUDGE HAGENAU

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE WITH PREJUDICE AND NOTICE OF HEARING

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible.  11 U.S.C. Section 1325(a)(6).

2.

The Debtor has failed to provide to the Trustee a copy of the last tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).  (2014)

3.

The Debtor has failed to file sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1).

4.

The Chapter 13 Trustee requests proof of the post-petition mortgage payments in order to determine feasibility of proposed plan pursuant to 11 U.S.C. Section 1325(a)(6).

5.

The Debtor is self-employed; however, Schedule J does not include an itemization for business expenses, thereby preventing the Trustee from evaluating feasibility, in violation of 11 U.S.C. Section 1325(a)(6).

6.

The Chapter 13 schedules fails to reflect contribution income from the Debtor's parent, thereby preventing the contribution of all projected disposable income to this plan in possible violation of 11 U.S.C. Section 1325(b)(1)(B).

7.

The Debtor has four (4) previous Chapter 13 cases since 2008, Said cases are as follows:

a) Chapter 13 case number A08-66443 was filed by the Debtor on April 4, 2008. The case was dismissed after Confirmation on November 20, 2008.

b) Chapter 13 case number A08-85542 was filed by the Debtor on December 12, 2008. The case was dismissed after Confirmation on July 28, 2009.

c) Chapter 13 case number A10-80993 was filed by the Debtor on July 21, 2010. The case was completed on September 11, 2013.

d) Chapter 13 case number A14-72035 was filed by the Debtor on November 5, 2014. The case was dismissed prior to Confirmation on March 6, 2015.

The Debtor's conduct in this and prior cases demonstrates that the Debtor has filed this case without any intention of properly prosecuting this case and has failed to appear before the Court in proper prosecution of this case within the meaning of 11 U.S.C. Section 109(g).

WHEREFORE, the Trustee moves the Court to inquire into the above objections and to dismiss the case with prejudice, thereby rendering the Debtor ineligible from re-filing another Chapter 13 case for one hundred eighty (180) days, pursuant to 11 U.S.C. Sections 105(a) and 109(g).

Respectfully submitted,

/s/
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE, Ste 120
Atlanta, GA  30303
(678) 992-1201

*/kk*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BELINDA ANN WRIGHT | : | CASE NUMBER A15-54454-WLH |
| | : | |
|     DEBTOR | : | |
| | : | |
| NANCY J. WHALEY, TRUSTEE | : | |
|     MOVANT | : | JUDGE HAGENAU |
| VS. | : | |
| | : | |
| BELINDA ANN WRIGHT | : | CONTESTED MATTER |
| | : | |
|     RESPONDENT | : | |

**NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Nancy J. Whaley has filed a Motion to Dismiss with the Court. **PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Trustee's Motion to Dismiss in *Courtroom 1403, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at 1:30 p.m., Wednesday, May 20, 2015.*

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in their bankruptcy case. (If you do not have any attorney, you may wish to consult with one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the

Clerk's Office is **Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303.** You must also mail a copy of your response to the undersigned at the address stated below.

        THIS THE 20th day of April, 2015

                              Respectfully submitted,

                              /s/
                              Ryan J. Williams,
                              Attorney for Chapter 13 Trustee
                              GA Bar No. 940874
                              303 Peachtree Center Ave., NE, Ste 120
                              Atlanta, GA  30303
                              (678) 992-1201

# CERTIFICATE OF SERVICE

Case No: A15-54454-WLH

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objection by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
BELINDA ANN WRIGHT
P.O. BOX 801
REDAN, GA  30074

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Objection through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.
ecfnotices@cw13.com

This the 20th day of April, 2015.

/s/_____
   Ryan J. Williams
   Attorney for the Chapter 13 Trustee
   State Bar No. 940874
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201