IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| BELINDA ANN WRIGHT, | ) NO.: 15-54454-WLH |
| | ) |
| Debtor. | ) CHAPTER 13 |
| | ) |
| | ) |
| | ) |

OBJECTION TO CONFIRMATION AND MOTION TO DISMISS WITH PREJUDICE

COMES NOW Wells Fargo Bank, N.A. (hereinafter known as "Creditor"), a secured creditor holding a Security Deed against the real property commonly known as 5906 HERITAGE WALK, LITHONIA, GA 30058 (the "Property"), and for the reasons stated below, objects to confirmation of Debtor's Chapter 13 plan (Doc. No. 2) (the "Plan").

1.

Debtor's Plan underestimates the estimated prepetition arrearage amount of $14,151.81 owed to Creditor for the Property.

2.

This Chapter 13 case was filed on March 9, 2015. Debtor filed a prior case, 08-66443, which was dismissed after Confirmation on November 20, 2008 for Debtor's for failure to pay filing fee. Debtor filed a second prior case, 08-85542, which was dismissed after Confirmation on July 28, 2009 for Debtor's failure to make plan payments. Debtor filed a third prior case, 10-80993, which was discharged on October 29, 2013. Debtor filed a fourth prior case, 14-72035, which was dismissed prior to Confirmation on March 6, 2015. These repeat filings are abusive, evidence bad faith, and warrant denial of confirmation and the entry of an order dismissing this

Chapter 13 case with prejudice, making Debtor ineligible for any relief under 11 U.S.C. Section 109(g) for 180 days from the date of entry of the order

3.

Creditor reserves the right to raise the failure of Debtor(s) to have made post-petition mortgage payments if at the time of the confirmation hearing that appears to be the case.

WHEREFORE, Creditor prays that the Court will:

1. deny confirmation;

2. enter an order dismissing this Chapter 13 case with prejudice, making Debtor ineligible for any relief under 11 U.S.C. Section 109(g) for 180 days from the date of entry of the order;

3. award reasonable attorney's fees; and

4. grant such other and further relief as is just and equitable.

/s/
Brian K. Jordan BAR NO. 113008
Attorney for Creditor
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
678-321-6965
bkj@mccallaraymer.com

Bankruptcy Case No.:    15-54454-WLH

Chapter:    13

## CERTIFICATE OF SERVICE

I, Brian K. Jordan, of McCalla Raymer, LLC, 1544 Old Alabama Road, Roswell, Georgia 30076-2102, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within OBJECTION TO CONFIRMATION filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Belinda Ann Wright
P.O. Box 801
Redan, GA 30074

E. L. Clark                *(served via email at ecfnotices@cw13.com)*
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341

Nancy J. Whaley           *(served via ECF)*
Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    5/13/15     By:    /s/
              (date)              Brian K. Jordan, GEORGIA BAR NO. 113008
                                  Attorney for Creditor