**IT IS ORDERED as set forth below:**



**Date: July 13, 2015**

_____
**Wendy L. Hagenau
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BELINDA ANN WRIGHT | : | CASE NO.   A15-54454-WLH |
| DEBTOR | : | JUDGE HAGENAU |

**ORDER DISMISSING CASE WITH PREJUDICE**

On July 1, 2015 at 1:45 p.m., the Court held a hearing on the Chapter 13 Trustee's Motion to Dismiss Case with Prejudice.  The Trustee filed Objections to Confirmation of the Debtor's plan and a Motion to Dismiss with Prejudice. The Trustee filed a Certificate of Service showing service of the Motion and a Notice of Hearing on the Debtor.  Present at the hearing was the Counsel for the Debtor, and Counsel for the Chapter 13 Trustee. The Counsel for the Debtor did not oppose the relief sought, it is hereby

**ORDERED** that the Trustee's Motion is **GRANTED** and this case is dismissed with prejudice. Pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to be a debtor in a case under

Chapter 13 of Title 11 of the United States Code for a period of 180 days from the entry of this Order.

    The Clerk is directed to serve a copy of the Order on the Debtor and the Chapter 13 Trustee and all creditors and parties in interest.

**END OF DOCUMENT**

Presented By:


 /s/                        
Ryan J. Williams,
Attorney for Chapter 13 Trustee
GA Bar No. 940874
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201